BARTHOLOMEW DEVANEY, Respondent, *v.* THE DEGNON-McLEAN CONSTRUCTION COMPANY, Appellant.

Reported below, 79 App. Div. 62.
(Submitted June 1, 1903; decided June 5, 1903.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department entered January 26, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

The motion was made upon the grounds that the record presents no question that can be reviewed by the Court of Appeals and that the order allowing said appeal was obtained without notice of the application therefor to the respondent's attorney

*George W. Roderick* for motion.

*Nadal, Smyth, Carérre & Trafford* opposed.

Motion denied, with ten dollars costs.

---

SARAH SHIPMAN, Respondent, *v.* THE PROTECTED HOME CIRCLE, Appellant.

(Submitted June 1, 1903; decided June 5, 1903.)

MOTION to amend remittitur.   (See 174 N. Y. 398.)

Motion denied, with ten dollars costs.